# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2789

_____

Paul L. Bowman,                              *
                                             *
                Appellant,                   *
                                             *   Appeal from the
        v.                                   *   United States Tax Court.
                                             *
Commissioner of Internal Revenue,            *       [UNPUBLISHED]
                                             *
                Appellee.                    *

_____

Submitted: August 1, 2008
Filed: August 7, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Paul Bowman appeals the tax court's[1] adverse grant of summary judgment. Having carefully reviewed the record and considered the arguments advanced by Bowman on appeal, we conclude summary judgment was proper. Accordingly, we affirm for the reasons set forth in the tax court's well-reasoned opinion. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Carolyn P. Chiechi, United States Tax Court Judge.